IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **04-cv-1908-AP**

**PATRICIA ALEXANDER**,

        Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

        Defendant.

## ORDER

Kane, J.

    Plaintiff's Motion for an Order for Reasonable Attorney Fees (doc. #19), filed August 14, 2006, is **GRANTED**.  In consideration thereof, it is

    **ORDERED** that the Defendant pay to Plaintiff reasonable attorney fees in the amount of **$6,521.25**.

    Dated at Denver, Colorado, this 29th day of August, 2006.

                              BY THE COURT:

                              **S/John L. Kane**
                              JOHN L. KANE, SENIOR JUDGE
                              UNITED STATES DISTRICT COURT